1  BLYTHE MICKELSON, Bar No. 095506
   LINDA BALDWIN JONES, Bar No. 178922
2  KRISTINA M. ZINNEN, Bar No. 245346
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 THE BOARD OF TRUSTEES OF THE          )  No.    CV-09-0635 WDB
   CARPENTER PENSION TRUST FUND FOR     )  ORDER ON
12 NORTHERN CALIFORNIA,                  )  **NOTICE OF SETTLEMENT AND**
                                         )  **REQUEST TO STAY PROCEEDINGS**
13              Plaintiffs,              )
                                         )
14         v.                            )
                                         )
15 CLASSICAL STAIRWAYS, INC., a California )
   Corporation,                          )
16                                       )
                Defendant.                )
17                                       )
                                         )
18                                       )
                                         )
19 _____)

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

NOTICE OF SETTLEMENT AND REQUEST TO STAY PROCEEDINGS
Case No. C 09-0635 WDB

1  Plaintiffs, by and through their counsel of record, hereby notify the Court that Plaintiffs and
2  Defendant have reached a tentative settlement in the above-captioned case. The Parties are in the
3  process of finalizing the settlement documents and anticipate that a dismissal will be filed within
4  the next thirty (30) days. Plaintiffs respectfully request that the Court stay this matter to allow the
5  parties to formalize their settlement. Additionally, Plaintiffs respectfully request that the Initially
6  Case Management Conference set for August 4, 2009 at 1:30 p.m. be taken off the Court's
7  calendar.

Dated: July 31, 2009

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Kristina M. Zinnen
  KRISTINA M. ZINNEN
  Attorney for Plaintiffs

120374/539343

### ORDER

Plaintiffs' request to temporarily stay the action is GRANTED.
The Initial Case Management Conference is continued to September 8, 2009, at 3:00 p.m. in Courtroom 4. Plaintiffs shall serve a copy of this order on Defendant.

Dated: August 3, 2009

_____
WAYNE D. BRAZIL
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Wayne D. Brazil

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -
NOTICE OF SETTLEMENT AND REQUEST TO STAY PROCEEDINGS
Case No. C 09-0635 WDB